Whitney Bell

459 W Division St unit 405

Chicago, IL 60610

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 0 3 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

# U.S BANKRUPTCY COURT
# NORTH DISTRICT OF ILLINOIS-EASTERN DIVISION
# 219 S. DEARBORN CHICAGO, IL 60602

**WHITNEY BELL**

Plaintiffs,

v.

**DEPARTMENT OF EDUCATION/NELNET**

Defendants,

Adversary No._____

## COMPLAINT

Plaintiff Whitney Bell, by and through Whitney Bell pro se representation, files this complaint

pursuant to 34 CFR§ 685.215, and alleges the following in support of the relief:

## JURISDICTION AND VENUE

1.   This is a adversary proceeding in which the plaintiff, Whitney Bell is seeking relief through

discharge for false certification§ 685.215  under paragraph (a)(1) of this section relieves the

borrower of any past or present obligation to repay the loan and any accrued charges and

collection costs with respect to the loan.

2.    This Court has jurisdiction over this case as the plaintiff resides within its jurisdiction.

3.    Plaintiff has standing to bring this action pursuant to 34 CFR§ 685.215

4.    Venue is proper pursuant to of the United States Bankruptcy Court for 11 U.S.C. §§ 101(41), 109(b).

## **BACKGROUND FACTS**

5.    On or about 04/08/2011 Ridley Lowell Business & Technical Institute enrolled me in the electrical program and applied for direct loans. I did not satisfy the alternative to graduation from high school requirements under section 484(d) of the Act that were in effect at the time of certification.

6.    Ridley Lowell Business & technical Institute did not follow through with guarantee to assist in placement in an internship or with assisting me in finding employment with an electrical company. They also promised to offer life time refreshment classes, however due to the school being drop from receiving federal loans it abruptly closed.

7.    On or about July 20, 2020 Nelnet/Department of Education plaintiff Whitney Bell sent an application for false certification along with an affidavit and exhibits to prove all said facts, as if restated. I did not receive any correspondence referring to my false certification application. I reached out to Nelnet/Department of Education on July 30, 2020 to inquire of the status of my claim. Nelnet representative Tammy stated that the docket stated that my application and exhibits was received on 07/23/2020 but was entered into the docket on 07/28/2020 and was pending. However I have not received any written correspondence stated the above, as if restated.

8.     On or about June 08, 2020 Plaintiff Whitney Bell sent a Loan Discharge application for
School Closure to Nelnet/Department of Education. They sent out a letter informing me that they
were reviewing my case and on or about June 15, 2020 they sent a denial letter. They also falsely
stated that they received my application on June 02, 2020. This was fabricated; my application was
signed on 02/08/2020 but was mailed out on June 8th, as if restated. Nelnet/ Department of
Education have also entered me into two forbearances that I did not agree to or sign for. I am not
referring to the Covid-19 forbearance.

## CAUSE OF ACTION

9. False certification § 685.215 Discharge for false certification of student eligibility or
unauthorized payment.

## CLAIMS FOR RELIEF

### COUNT I
**Discharge for false certification of student eligibility or unauthorized payment, § 685.215**

10.    Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs
 1  through 10 .

        WHEREFORE, the Plaintiff, Whitney Bell respectfully request(s) that the Court pursuant to
**§ 685.215** under paragraph (a)(1) discharge my entire loans in their entirety through
Nelnet/Department of Education  for the Ridley Lowell Business & Technical Institute and for
such other and further relief the Court deems appropriate.

        I state under penalty of perjury under the laws of the State of Illinois that the statements
above are true and correct to the best of my knowledge.

RESPECTFULLY SUBMITTED,

Whitney Bell

07 / 31 / 2020
Date



WHITNEY BELL

| | | |
|---|---|---|
| CONTACT | | |

459 W. DIVISION ST          917-945-8134          WHITNEYBELL2704
CHICAGO, IL 60610                                    @GMAIL.COM

TO: Department of Education/**Nelnet**
P.O Box 82505
Lincoln, NE 68501-2505

SOCIAL: 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
SECTION: 2-QUESTIONS 8-22
LOAN AMOUNT: $16,382.00

July 20, 2020

**RE**: False certification discharge.

Dear Department of Education/Nelnet,

My name is Whitney Bell. I sent a letter to you regarding the above stated request on 06/08/2020. Said application was signed on 06/02/2020, however my affidavit was dated and mailed to you on 06/08/2020. This is my 2nd request that my loans through Nelnet for the school Ridley Lowell Business & Technical Institute be discharged in its entirety. All matters are stated below.

I do qualify to have my loans discharged in their entirety. I did not have a GED at the time Ridley Lowell applied for my student loans. The electrical field of study required a GED or high school diploma, or an equivalent, to benefit from the program. They also did not perform any test, or did not perform the proper test, to determine my ability to benefit from the education. Said false certification of ability cancels my obligation to repay the remaining balance on a FFEL or a direct loan program loan. I would like to again request that my loans be discharged in its entirety and that Nelnet report the discharge to all credit reporting agencies to which you previously reported the status of the loan immediately, with all information asserted, as if restated. **Please see exhibits attached herewith.**

Thank you for your help in handling this matter.

Regards,
Whitney Bell

Ridley Lowell Business & Technical Institute
26 South Hamilton Street

Poughkeepsie,NY  12601

Whitney Bell                                                    STUDENT ID  :      3448
4166 Ely Ave                              DATE PRINTED: 06/20/2012
                                          START DATE  : 4/08/2011
Bronx,NY  10466

| COURSE | | ATTEMPTED | ATTEND | | QUALITY |
|---|---|---|---|---|---|
| END DATE | COURSE TAKEN | HOURS | HOURS | GRADE | POINTS |
| ---------- | ------------------------------------ | ------ | ------ | ------ | ------- |
| | GPA FOR PERIOD ENDING 1/18/2012: | 4.00 | | | |
| | HOURS COMPLETED: | 60:00 | | | |
| 3/12/2012 | 118 CAREER DEVELOPMENT | 60 | 60.00 | A | 240.00 |
| | GPA FOR PERIOD ENDING 3/12/2012: | 4.00 | | | |
| | HOURS COMPLETED: | 60:00 | | | |
| 3/20/2012 | 5128 INTERNSHIP-ELECTRICAL | 120 | 159.20 | A | 480.00 |
| | GPA FOR PERIOD ENDING 3/20/2012: | 4.00 | | | |
| | HOURS COMPLETED: | 159:20 | | | |

                    TOTAL HOURS COMPLETED: 1197.21
    CUMULATIVE GPA FOR PROGRAM Electrical Systems Technician :    3.95
                    TOTAL PROGRAM HOURS:    1200

            GRADUATED:  3/20/2012   AWARD: Diploma
                        WITHDRAWN:



## CONTACT

459 W. DIVISION ST
CHICAGO, IL 60610

917-945-8134

WHITNEYBELL2704
@GMAIL.COM

TO: Department of Education/Nelnet
P.O Box 740283
Atlanta, GA 30374-0283

SOCIAL: 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
SECTION: 2-QUESTIONS 8-22
LOAN AMOUNT: $16,382.00

June 08, 2020

**RE**: Request to have loans discharged, hardship; false certification discharge; failure to provide job placement; failure to provide promised lifetime classes; fraudulently entered into an unauthorized forbearance.

Dear Department of Education,

My name is Whitney Bell; I am writing you to request that my loans with school Ridley Lowell Business Institute be discharged in its entirety. All matters are stated below.

Before Ridley Lowell closed and while I was enrolled there, there were several false certifications that took place. I also was enrolled in two forbearance agreements by Nelnet that I did not request, did not sign for, or agree to. I want to make it clear that I am not in any way referring to the covid-19 forbearance that started on March 12, 2020.

I was informed by the school that they guaranteed internship placement and job placement. This was not followed through with what so ever! In fact they kept saying that they didn't know how they would place me midway through the program. They should have never signed me up knowing that they could not place me in an internship or job. I only have school loans through Ridley Lowell Business Institute.

1

I was the only woman in my class. I received discrimination by two teachers and staff members at said facility. One teacher put a question on the test that was incorrect and marked me wrong for having the right answer. When I respectfully and privately brought it to his attention by explaining how I got my answer from the National Electrical Code, He told me if the teacher says its right, its right and refused to change my grade. I took the matter to the office and had the other teacher verify that my answer was correct. After he changed my grade he kept a grudge. **Please find a copy of my transcript and awards attached herewith.**

Toward the time I was close to graduating, I was almost physically assaulted by a male student. He was angry that I got the right answer, he was mocking me about it before I went and wrote on the board what I was asking the teacher about privately. The teacher and the whole class got the answer wrong. When I went up to the board and wrote the correct answer from the National Electrical Code book it got quiet. The next day this same student was tense. During a lunch break, the teacher had a question up on the board that he was entertaining, this was against school policy. When I went up to the board and asked a question about it, the male student began arguing with me and raising his voice to intimidate me. I asked the student to get out of my face screaming at me, and he moved forward to hit me, the other classmates that were all men jumped in and took him out.

The teacher mentioned previously, and the teacher over the class, did nothing. They alleged that I started to argument during class, and the office sided with him and had me suspended. That was false in its entirety. They didn't want to get in trouble for having class during a break. The Dean also told me she was considering expelling me. My conduct (speech, dress, actions) were always exemplary to the best of my ability, this was intentional discrimination. I feel strongly that they wanted to have a reason to expel me because they could not place me.

Fortunately I had witnesses and he and the other teachers were exposed. I came back to the school with an acquaintance I knew that had formally worked in the office. She told them we had witnesses and what they were doing was fraudulent. They reversed the false suspension they unjustly gave me and suspended him, but only did so for two days. I felt targeted and bullied thereafter. I worked hard on my grades and I don't understand why I was treated that way. I don't think anyone should be handled that way. I was one of the top in my

2

class and was on the president's list for all four consecutive quarters. They didn't even call me when they had the award seminar. They really ruined my experience. The teachers were not real qualified teachers.

When it came time for doing my internship they made no effort to place me. They approved me using fixing an outlet at my friend's house and working at a nail shop as my internship. I was never placed with employment. I was 21 years old at the time; I did not have the knowledge or experience to know what to do. I made great effort to be hired as an electrician but had no success. I was always told, "We are not hiring" or "You have no experience".

Since graduation from that institution I have been my sister's caregiver. My sister Ronyelle Bell was diagnosed with renal failure in 2012. I am my mother care giver as well; she is in her 70's. I worked as a cleaner for the railroad to provide for us. On May 8, 2014 I happily donated my kidney to my sister at the New York Presbyterian hospital. That changed my body and life drastically and forever. After that is was recommended that my sister move to a warmer climate. We ended up with family in Houston. Recently on or about June 2019 my sister lost the kidney I donated to her, and had to be put back on dialysis. I have been out of work. **Please see MTA paper's with my doctor's signature for my leave of absence.**

She had to be rushed to the hospital and almost died that day. This has been very emotionally traumatic and draining for us all. I have been on hard times and this loan is a huge hardship on me. This school did not deliver on what it promised it would do, and this loan has never benefited me. Why should I have to struggle to pay for a trade that I will not be able to work in? This is such a hardship; I can't even file for bankruptcy. I just turned 30 years old, what type of life is this? I have not been hired to work in this trade.

I called Nelnet on May 21, 2020 and spoke with a representative named Chuck. He stated that I was entered into two forbearances, on two different occasions without my consent. I have not been in contact with Nelnet since about 2016 or 2017. I was informed I was placed on forbearance, without my authorization, on 12-23-2018 through 12-23-19. I was also informed I was placed on forbearance again without my consent on 03-24-2019 through 03-12-

3

2020. If I did not request said forbearances, as if restated, how was this authorized without my consent?

This is considered frauduent. I also received a letter from Nelnet last year 2019, stating that my loans were delinquent. I was informed that the interest on said loans amount to $2.24 every day. This is fraudulent to enter someone in an agreement that they did not consent to and then hike their bill by charging them interest every day. The covid-19 forbearance did not start until March 12, 2020.

I stated to Chuck that I have never asked for said forbearance or signed for it, that is fraudulent. I have not authorized said forbearance, interest is being charged every day. I am being charged interest on a loan, every day that has never benefited me, without my consent. I am very disappointed and insulted that I have been treated this way. I feel like I am being taken advantage of. This loan and school was fraudulent. I have forgotten what I learned through this course, and don't have the knowledge, experience, or physical strength to work for an electrical company even at this point. Most companies require 1-5 years of experience to work as an electrician, even as an apprentice. I worked as a part time teacher working only about 15-17 hours a week making $13.00 an hour. I could only do this off and on, as I take care of my mother and sister, and had to be with my sister. She has medical emergencies every year

I have no money to pay for this loan and be able to survive. This loan is ruining my life and causing me a lot of anguish, it is a great hardship on me! I want a fresh start, I would like to be able to live a simple life and not have this useless loan that has never benefited me hanging over my head. My circumstances are not going to change. I sister is back in stage for kidney failure. I have to focus my time to get her back on the donor list and maintain her health. I spend my time caring for my mother and sister and doing volunteer work to give families and individuals hope from the Bible.

4

Please I need your help, I would like to request please to have all my loans through this school, as if restated, administered through Nelnet discharged for all reasons stated above, as if restated. It is the least that could be done with what I have been put through with this fraudulent school and being taken advantage of by having been put in a forbearance that is making my loan higher and more impossible to pay off with my circumstances every day. I would like this loan, in its entirety, to be discharged for all matters stated, herewith.

Thank you for taking out the time to read this letter and for handling this matter

Highest Regards,
Whitney Bell

5

 

P.O. Box 82561
Lincoln, NE 68501-2561

>000150 4382841 0001 8187 1OZ
WHITNEY BELL
459 W DIVISION ST UNIT 405
CHICAGO, IL 60610-2595

2020

June 11, 2020

**Info:** We have begun reviewing the documentation you provided, and we will inform you of the outcome of our review.

Account: EXXXXX1933

Dear Whitney,

Thank you for your recent application, which we have begun reviewing on behalf of the Department of Education's Office of Federal Student Aid (FSA).

Our responsibility is to assess the application package you submitted for completeness and determine whether the information you provided would qualify you for the program you requested. If your application is incomplete or missing required documentation, you will be informed of any additional materials you need to provide. You may re-apply if you are able to obtain the additional materials needed.

If a determination is made that you would not qualify based on the information you provided, you will be informed via mail of the reason(s) why you would not qualify. Thereafter, you may re-apply once and only if the reason(s) no longer applies to you.

**Questions? We're here for you.** Visit Nelnet.com or call us at 888.486.4722 from 8 a.m. to 10 p.m. (Eastern) Monday – Friday.

Sincerely,
Your Nelnet Customer Service Team

 

June 15, 2020

Whitney Bell
459 W Division St
Unit 405
Chicago, IL 60610-2595

**Info:** We are unable to approve your request School Closure discharge.

Account: EXXXXX1933
Loan(s): 1-4

Dear Whitney Bell,

Nelnet, Inc. has reviewed your application dated 06/02/2020, which we received on 06/11/2020, regarding discharge of your federal student loan due to school closure. We regret to inform you that based on a review of your application and documentation, we concluded that **you do not meet the eligibility criteria for discharge of your loan or a portion thereof on the basis of school closure.**

To qualify for a School Closure discharge, you must have received a Federal Direct Loan or FFEL Program Loan on or after January 1, 1986, and:

1. You (or the benefitting student of a parent PLUS loan) could not complete the program of study for which the loan was intended because the school closed while you (or the benefitting student) were in attendance, or
2. You (or the benefitting student of a parent PLUS loan) withdrew from the school, or were on an approved leave of absence, not more than 120 days prior to the date the school closed, or
3. You (or the benefitting student of a parent PLUS loan) did not complete the program of study through a teach-out at another school or by transferring academic credits or hours earned at the closed school to another school

Based on the information you provided and the information contained in our records, you completed the program of study at RIDLEY - LOWELL BUSINESS & TECHNICAL INSTITUTE - POUGHKEEPSIE and graduated on 03/20/2012. If you disagree with this decision, and if you can provide additional compelling evidence or information that you believe might support your application for discharge, please resubmit your application for reconsideration to:

Nelnet
P.O. Box 82505
Lincoln, NE 68501-2505

You may resubmit your application at any time to begin the discharge review process again. If applicable, we may also forward your application to the Department of Education on your behalf for additional review.

**Questions? We're here for you.** Visit Nelnet.com or call us at 888.486.4722.

Sincerely,

Your Nelnet Customer Service Team

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

P.O. Box 82561 | Lincoln, NE 68501 | p 888.486.4722 | f 877.402.5816 | Help@Nelnet | Nelnet.com

@Nelnet    @Nelnet